UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HSBC Bank, N.A., et al.

In Re:

Cynthia Adams,

Debtor.

Case No.: _____18-22226-JNP_____

Chapter: _____13_____

Hearing Date: _____12/5/2018_____

Judge: _____Poslusny_____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 15)

_____

Date: 11/30/2018                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*