Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-22226 (JNP)**

Cynthia M. Adams  
2501 Sussex Court  
Mount Laurel, NJ  08054

Monthly Payment: $389.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2021 | $389.00 | 02/02/2021 | $389.00 | 03/02/2021 | $389.00 | 04/05/2021 | $389.00 |
| 05/03/2021 | $389.00 | 06/02/2021 | $389.00 | 07/02/2021 | $389.00 | 08/03/2021 | $389.00 |
| 09/02/2021 | $389.00 | 10/04/2021 | $389.00 | 11/02/2021 | $389.00 | 12/02/2021 | $389.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CYNTHIA M. ADAMS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $2,545.00 | $2,545.00 | $0.00 | $0.00 |
| 1 | AMERICAN EDUCATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,842.93 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $2,492.36 | $0.00 | $0.00 | $0.00 |
| 4 | CREDIT FIRST, N.A. | 33 | $1,184.78 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,379.85 | $0.00 | $0.00 | $0.00 |
| 6 | HSBC BANK USA, N.A. | 24 | $18,238.31 | $11,865.95 | $6,372.36 | $4,299.24 |
| 7 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MERRICK BANK | 33 | $1,781.17 | $0.00 | $0.00 | $0.00 |
| 9 | SPECIALIZED LOAN SERVICING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ECMC | 33 | $66,679.87 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2018 | 10.00 | $365.00 |
| 05/01/2019 | 50.00 | $389.00 |
| 07/01/2023 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $4,668.00 |
| Total paid to creditors this period: | $4,299.24 |
| Undistributed Funds on Hand: | $356.32 |
| Arrearages: | $24.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**