Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−22226−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia M. Adams
   aka Cynthia M. Jones
   2501 Sussex Court
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−2671

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/18/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 18, 2022
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-22226-JNP
Cynthia M. Adams  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Jul 18, 2022    Form ID: 148    Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia M. Adams, 2501 Sussex Court, Mount Laurel, NJ 08054-4240 |
| 517596666 | + | AEs/njhighed, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517596671 | + | HSBC Bank, c/o KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 517723804 | + | HSBC Bank USA, National Association, as Trustee fo, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517596667 | + | Email/Text: bk@avant.com | Jul 18 2022 20:42:00 | Avant Credit, Inc, Attention Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 517596668 | + | EDI: CAPITALONE.COM | Jul 19 2022 00:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517671380 | | EDI: CAPITALONE.COM | Jul 19 2022 00:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517596669 | + | EDI: CRFRSTNA.COM | Jul 19 2022 00:38:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 517670902 | | EDI: CRFRSTNA.COM | Jul 19 2022 00:38:00 | Credit First National Association, PO Box 818011, Cleveland, OH 44181-8011 |
| 517596670 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2022 20:51:48 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518241401 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 18 2022 20:42:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 518241402 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 18 2022 20:42:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517693592 | | EDI: JEFFERSONCAP.COM | Jul 19 2022 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517664763 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2022 20:51:22 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517596672 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2022 20:51:20 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517664702 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2022 20:51:34 | MERRICK BANK, Resurgent Capital Services, |

Case 18-22226-JNP    Doc 36    Filed 07/20/22    Entered 07/21/22 00:13:38    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: 148 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 517596673 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2022 20:51:12 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517641195 | + | Email/Text: bncnotifications@pheaa.org | Jul 18 2022 20:41:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 517596674 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 18 2022 20:41:00 | Specialized Loan Servicing, Attn: Bankruptcy Department, 8742 Lucent Boulevard, Littleton, CO 80129-2386 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

**Name**          **Email Address**

Denise E. Carlon
   on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
   ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
   on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lee Martin Perlman
   on behalf of Debtor Cynthia M. Adams ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6